KATHERINE CYBULSKY, as Administratrix, etc., of FRANK CYBULSKY, Deceased, Respondent, v. JOSEPH SUGARMAN, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $10,573.96; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of WILLIAM F. MITTENDORF, Deceased. GEORGE S. MITTENDORF, as One of the Executors, etc., Appellant; STATE TAX COMMISSION, Respondent.— Order reversed and proceeding remitted to Surrogate's Court on the authority of *Matter of Gibert* (176 App. Div. 850). Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others, Respondents, v. UCHIDA TRADING COMPANY, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greembaum, JJ.

PETER McCORMICK, an Infant, by PETER J. McCORMICK, His Guardian ad Litem, Respondent, v. THE NEW YORK HERALD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the